**City of Chicago, appellee, v. Material Service Corporation, appellant. Gen. No. 38,502.**

Opinion filed December 16, 1935.

Edwin A. Halligan and Joseph Chavkin, for appellant; Samuel M. Lanoff, of counsel. Barnet Hodes, Corporation Counsel, for appellee; David Lefkovitz and Mark J. McNamara, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.